■ MICHIGAN MUTUAL INSURANCE COMPANY, Appellant, v JOHN KELLY, Doing Business as MON AMOUR HOTEL, Respondent

594

There are questions of fact apparent as to how much money was paid to the insurance broker and how much was paid by the broker to the plaintiff regarding the subject policy. Where questions of fact exist a motion for summary judgment must be denied (CPLR 3212 [b]). Mangano, J. P., Thompson, Sullivan and Harwood, JJ., concur.